# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **QUINCY BIOSCIENCE, LLC** <br><br>     **PLAINTIFF** <br><br> v. <br><br> **QUALITY SALES & DEALS LLC; and BENAJAMIN CHAMS,** <br><br>     **DEFENDANTS** | Case No. 1:17-cv-5788 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that Plaintiff Quincy Bioscience, LLC (Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action without prejudice as to both Defendants Quality Sales & Deals LLC and Benjamin Chams ("Defendants").

Defendants have neither been served or have answered Plaintiff's Complaint, nor filed a motion for summary judgment, nor has either Defendant otherwise appeared. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: August 24, 2017.   Respectfully submitted,

    By: */s/ Sanjay S. Karnik*
    Ryan M. Kaiser
    Illinois Reg. No. 6289873
    Jonathan J. Krit
    Illinois Reg. No. 6201473
    Sanjay S. Karnik
    Illinois Reg. No. 6300156
    Daniel S. Tyler
    Illinois Reg. No. 6315798
    AMIN TALATI UPADHYE, LLP
    100 S. Wacker Dr., Suite 2000

Chicago, IL 60606
Telephone: (312) 466-1033
Facsimile: (312) 884-7352

Attorneys for Plaintiff
Quincy Bioscience, LLC

## CERTIFICATE OF SERVICE

I, Sanjay S. Karnik, an attorney of record for the Plaintiff in this case, certify that on August 24, 2017, I served the above and foregoing Notice of Voluntary Dismissal Without Prejudice, by causing true and accurate copies of such paper to be mailed with first class postage to the persons and entities shown below.

> Quality Sales & Deals LLC
> 2138 Ocean Parkway
> Brooklyn, New York, 11223
>
> Quality Sales & Deals
> Post Office Box 230426
> Brooklyn, New York, 11223
>
> Benjamin Chams
> 1318 Avenue S.
> Brooklyn, New York, 11229
>
> Benjamin Chams
> 2138 Ocean Parkway
> Brooklyn, New York, 11223

*/s/ Sanjay S. Karnik*